MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2007

RECEIVED
JUL 24 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

HILLARY A. FROMMER
*Senior Counsel*
Phone: (212) 788-0823
Fax: (212) 788-9776
hfrommer@law.nyc.gov

July 23, 2007

**VIA HAND DELIVERY**
The Honorable Deborah A. Batts
Untied States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: Nandalall v. The City of New York et al.
         07 Civ. 6257(DAB)

Dear Judge Batts:

     I am the Senior Counsel with the Office of the Corporation Counsel assigned to the defense in the above-referenced matter in which plaintiff alleges that she was sexually assaulted by a member of the New York City Police Department. Defendant City of New York respectfully requests that its time to respond to the complaint be extended for sixty days from the current due date of July 30, 2007 until September 28, 2007. I have attempted to speak with plaintiff's counsel about this request but have been unable to do so. Therefore, this request is made without plaintiff's consent.

[Handwritten annotation: Granted s/DAB 7/26/2007]

     There are several reasons for seeking an enlargement of time. In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, defendant City needs this additional time to investigate the allegations of the complaint. Plaintiff alleges that the officer who allegedly assaulted plaintiff was disciplined for that very conduct. Therefore, this office must first look into whether in fact there was or was not any disciplinary action as a result of this incident, which may influence representational issues. Moreover, upon information and belief, that officer has not been served with the summons and complaint. This extension should provide time for plaintiff to serve that individual defendant and for this office to properly investigate plaintiff's allegations and make a representational decision with respect to the individual defendant. *See Mercurio v. The City of New York et al.*, 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting *Williams v. City of New York et al.*, 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)).

MEMO ENDORSED

MEMO ENDORSED

Accordingly, we respectfully request that defendant City's time to answer or otherwise respond to the complaint be extended to September 28, 2007.

Thank you for your consideration in this matter.

Respectfully submitted,

Hillary A. Frommer (HF 9286)
Senior Counsel

cc:   Jonathan Moore, Esq. (via facsimile)

MEMO ENDORSED

SO ORDERED

DEBORAH A. BATTS   7/26/2007
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED