```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/6/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATASHA NANDALALL,

                            Plaintiff,

                                              07 Civ. 6257 (DAB)
           -against-                          ORDER TO SHOW CAUSE

THE CITY OF NEW YORK and POLICE OFFICER
JUAN GONZALEZ, Shield Number 274458,

                            Defendants.
----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

        On July 6, 2007, Plaintiff Natasha Nandalall filed a Complaint

in the above-captioned case.  Defendant City of New York filed an

Answer on September 17, 2007.  Based on a review of the docket

sheet in this matter, it appears that Defendant Police Officer Juan

Gonzalez has not yet been served.

        Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE why her

Complaint against Defendant Juan Gonzalez should not be dismissed

for failure to prosecute.  See Lyell Theatre Corp. v. Loews Corp.,

682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's

authority to dismiss an action for plaintiff's failure to prosecute

"cannot seriously be doubted").  If Plaintiff fails by April 7,

2008 to show cause, her Complaint against Defendant Juan Gonzalez

shall be dismissed for failure to prosecute.  Plaintiff's showing

of good cause, if any, shall be made by affidavit.

SO ORDERED.

Dated:     New York, New York
           March 6, 2008

                                        Deborah a. Batts
                                        _____
                                        Deborah A. Batts
                                        United States District Judge