```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NATASHA NANDALALL,

                        Plaintiff,
                                            07 Civ. 6257 (DAB)
        -against-                           ORDER

THE CITY OF NEW YORK and POLICE OFFICER
JUAN GONZALEZ, Shield Number 274458,

                        Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

In an Order dated March 6, 2008, the Court ordered Plaintiff to show cause why her Complaint against Defendant Juan Gonzalez should not be dismissed for failure to prosecute. Plaintiff was ordered to show good cause by affidavit no later than April 7, 2008. To date, Plaintiff has not responded to the Court's Order in any fashion. Accordingly, the Complaint is hereby DISMISSED WITHOUT PREJUDICE against Defendant Juan Gonzalez. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").

SO ORDERED.

Dated:   New York, New York
         May 1, 2008

                                        _____
                                         Deborah A. Batts
                                         United States District Judge