AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  Southern  | District of | New York |
| --- | --- | --- |

Natasha Nandalall

**SUMMONS IN A CIVIL ACTION**

V.

The City of New York, a municipal entitiy, and
NYPD Officer, Juan Gonzalez, Shield No. 27448

CASE NUMBER:   07 CIV 6257 (DAB)

TO: (Name and address of Defendant)

New York City Police Officer, Juan Gonzalez, Shield No. 27448
c/o 77th Precinct
127 Utica Avenue
Brooklyn, New York 11213

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan C. Moore, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue - Suite 1600
New York, New York 10016

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

JUL 0 6 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 28, 2008 | |
| NAME OF SERVER *(PRINT)* Janice M. Badaluce | TITLE Legal | |

| *Check one box below to indicate appropriate method of service* | | |
|---|---|---|

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Service Accepted at defendant's Assigned command 77th Precinct, 127 Utica Avenue, Brooklyn, New York 11213 Sgt. Zollo / Officer Cotton Accepted service on Behalf of defendant NYPD Off., Juan Gonzalez

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 28, 2008
        Date

Signature of Server

Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, New York 10016
        Address of Server

Papers served/
- Summons & 1 copy of original summons served
- Copy of filed complaint
- Copy of Judge Batts' Rules
- Copy of Judge Batts' order, dated 7/22/2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.