UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X         07 CV 6257 (DAB)

NATASHA NANDALALL,

                                                                                                              <u>NOTICE OF APPEARANCE</u>

                                      Plaintiff,

      -against-

THE CITY OF NEW YORK and POLICE OFFICER JUAN
GONZALEZ, Shield Number 274458,

                                            Defendants.

------------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        Enter my appearance as counsel in this case for defendant CITY OF NEW YORK.  I certify that I am admitted to practice in this court.

Dated:  New York, New York
           July 31, 2008

                                                  MICHAEL A. CARDOZO
                                                  Corporation Counsel
                                                       of the City of New York
                                                Attorney for Defendant
                                                CITY OF NEW YORK
                                                100 Church Street, Room 3-162
                                                New York, New York 10007
                                                (212) 788-9391
                                                bmyrvold@law.nyc.gov


                                                By:   /s/ Barry Myrvold


To:     Jonathan Moore               <u>By ECF</u>
        Beldock, Levine & Hoffman
        *Attorneys for Plaintiff*