UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATASHA NANDALALL,

                        Plaintiff,

-against-

THE CITY OF NEW YORK, a municipal entity,
NEW YORK CITY POLICE OFFICER JUAN
GONZALEZ, Shield No. 27448, individually and
in his official capacity,

                        Defendants.
------------------------------------------------------------X

NOTICE OF APPEARANCE

07 CV 6257
(DAB)

**PLEASE TAKE NOTICE**, that Defendant POLICE OFFICER JUAN GONZALEZ hereby appears in the above entitled action, and that WORTH, LONGWORTH & LONDON, LLP., have been retained as attorneys for said Defendant and demand that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below:

Dated: New York, NY
           August 21, 2008

                                  Yours truly,

                                  _____/s/_____
                                  BY: MITCHELL GARBER (MSG 6652)
                                  WORTH, LONGWORTH & LONDON, LLP.
                                  Attorney for Defendant GONZALEZ
                                  111 John Street, Suite 640
                                  New York, NY 10038
                                  (212) 964-8038

TO:

Jonathan C. Moore, Esq.
Beldock Levine & Hoffman, LLP
99 Park Avenue - Suite 1600
New York, NY 10016

Law Department of the City of New York
Attorneys for the City of New York
100 Church Street
New York, New York 10007
Attn:   Hillary Ann Frommer
        Assistant Corporation Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District  District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants: Jonathan C. Moore, Esq. and Hillary Ann Frommer.


/s/
BY: Mitchell S. Garber

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
NATASHA NANDALALL,

                      Plaintiff,

-against-

                                                                07 CV 6257

THE CITY OF NEW YORK, a municipal entity,     (DAB)
NEW YORK CITY POLICE OFFIER JUAN
GONZALEZ, Shield No. 27448, individually and
in his official capacity,

                      Defendants.

_____

NOTICE OF APPEARANCE

_____

*Worth, Longworth & London, LLP*
*Attorneys for Defendant Gonzalez*
*111 John Street, Suite 640*
*New York, NY 10038*
*(212) 964-8038*